**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                              Case No. _____

**CRUZ GONZALEZ, ANA L**                  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **2/28/2008**                  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____

TOTAL: $ **12,000.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **12,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ ANA L CRUZ GONZALEZ**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $_____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
    **BANCO POPULAR**     **COOP A/C DR MANU**     **WESTGATE RESORT**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to: _____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**DEBTOR SURRENDERS ANY INTEREST IN FAVOR OF COOP A/C DR ZENO GANDIA AND TO ANY OTHER COOPERATIVAS.**
**DEBTOR SURRENDERS WESTGATE RESORT TIME SHARE COLLATERAL**

Attorney for Debtor **Hatillo Law Office**               Phone: **(787) 262-4848**

CHAPTER 13 PAYMENT PLAN

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE CRUZ GONZALEZ, ANA L** _____  Case No. _____
<pre>                                   Debtor(s)</pre>

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **LUZ M VEGA RIVERA** | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only